# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 14, 2007

135035 & (12)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

    SC: 135035
    COA: 280475
    Genesee CC: 95-052613-FC

COREY RAMONE FRAZIER,
    Defendant-Appellee.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 14, 2007

*Corbin R. Davis*

Clerk

s1114